The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

MAURICE SHELTON, ANGELO SHELTON, AND TIOANA J. CHERRY,

      Defendants.

No. 2:25-cr-00130-RAJ

ORDER GRANTING DEFENDANTS' JOINT UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE

THE COURT has considered the unopposed motion of Defendants to continue the trial date now set for April 27, 2026, and the pretrial motions deadline. The Court finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for defendants the reasonable time necessary for effective preparation due to counsels' need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

ORDER GRANTING MOTION TO CONTINUE
TRIAL AND EXTEND PRETRIAL MOTIONS
DEADLINE
(*Maurice Shelton et al.*; No. 2:25-cr-0013-RAJ) - 1

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

(c) the additional time requested is a reasonable period of delay, as counsel for defendants have requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of April 27, 2026, and the new trial date is necessary to provide counsel reasonable time to prepare for trial considering counsels' schedules and all the facts set forth above.

IT IS THEREFORE ORDERED that the defendants' unopposed motion (Dkt. 56) is GRANTED.  The trial date is continued to October 13, 2026.  All pretrial motions, including motions in limine, shall be filed no later than August 26, 2026.

IT IS FURTHER ORDERED that the period of time from the date of this Order, up to and including the new trial date of October 13, 2026, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A).

DATED the 5th day of March, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
TRIAL AND EXTEND PRETRIAL MOTIONS
DEADLINE
(*Maurice Shelton et al.*; No. 2:25-cr-0013-RAJ) - 2

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401